UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ETN CAPITAL, LLC

Plaintiff,

v. Civil Action No. 8:26-cv-1787

SHENZEN SHI XIAOLIN DASEN TECHNOLOGY CO., LTD. D/B/A SLINDAS, HOMTOK

**JURY TRIAL DEMANDED**

Defendant.
____________________________/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT**

THIS CAUSE came before the Court on August 4, 2026, upon Plaintiff ETN CAPITAL, LLC's Motion for Extension of Time to Serve Defendant. The Court reviewed the Motion, the supporting exhibit, and the entire record in this matter. Being fully advised on the premises, and it appearing to the Court that Plaintiff has good cause to extend this motion, before the adverse party or their attorney can be heard in opposition,

**IT IS HEREBY ORDERED AS FOLLOWS**:

Plaintiff must serve Order Granting Plaintiff's Motion for Temporary Restraining Order along with the Motion, its supporting papers, the summons, and Complaint, upon the Defendant on or before December 7, 2026.

DONE AND ORDERED in Chambers at Tampa, Florida, this _______

day of ____________, 2026.

____________________________
Hon. Mary S. Scriven
District Court Judge