**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ETN CAPITAL, LLC,**

Plaintiff,

**v.** **Case No.: 8:26-cv-1787-MSS-SPF**

**SHENZHEN SHI XIAOLIN DASEN TECHNOLOGY CO., LTD. d/b/a SLINDAS, HOMTOK,**

Defendant.
_________________________________/

**ORDER**

On September 1, 2026, the Court entered an *ex parte* Temporary Restraining Order ("TRO") in this case. (Dkt. 21) The TRO expires at 5:30 PM EDT on Thursday, October 8, 2026. Plaintiff filed a motion on Wednesday, October 7, 2026 requesting an extension of the TRO period so Plaintiff can attempt to notify Defendant before the fourteen day TRO period expires, and so Plaintiff can serve Defendant under the Hauge Convention. (Dkt. 29) Defendant is located in China and has no physical presence in the United States. (Dkt. 18) Accordingly, Plaintiff has enlisted the help of a Chinese law firm to serve process on Defendant, which, according to China's Ministry of Justice, could take four to six months. (Id.)

Federal Rule of Civil Procedure 65 sets forth the requirements for TROs. See Fed. R. Civ. P. 65(b). Rule 65(b)(2) sets a fourteen-day maximum for the TRO period, unless "the court, for good cause," extends the TRO "for a like period" before the deadline expires. Fed. R. Civ. P. 65(b)(2) ("The order expires at the time after entry—not to exceed [fourteen] days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension."). "The reasons for an extension must be entered in the record." Id. Upon consideration, for the reasons set forth in Plaintiff's motions, (Dkts. 18, 23, 25, 29), the Court finds good cause to grant the motion and will extend the TRO period another fourteen days. The TRO will expire on October 21, 2026 at 5:30 PM EDT.

Accordingly, it is **ORDERED** as follows:

1. Plaintiff's Motion to Extend the Renewed Temporary Restraining Order, (Dkt. 29), is **GRANTED**.
2. A hearing to determine whether to convert the Temporary Restraining Order into a Preliminary Injunction will be set by separate notice. The hearing will be held in the Sam M. Gibbons United States Courthouse, Tampa, Florida, Courtroom 7A before United States District Judge Mary S. Scriven.
3. In accordance with Federal Rule of Civil Procedure 65(b)(2), the Temporary Restraining Order **will expire on October 21, 2026** unless, for good cause shown, the TRO period is further extended or Defendant consents to an extension.

**DONE** and **ORDERED** in Tampa, Florida this 7th day of October 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of record